920

No. 98–5879. REESE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–5887. ELBERT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–5889. HUNTER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–5890. GARCIA v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–5891. HOOVER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–1798. BIRBROWER, MONTALBANO, CONDON & FRANK, P. C., ET AL. v. ESQ BUSINESS SERVICES, INC. Sup. Ct. Cal. Motions of American Corporate Counsel Association et al., Federal Communications Bar Association, and Securities Industry Association for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 97–1825. ISQUITH, BY HER CUSTODIAN, ISQUITH, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED v. CAREMARK INTERNATIONAL, INC., ET AL. C. A. 7th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 97–1841. CALDERON, WARDEN v. TAYLOR. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 97–2024. CALDERON, WARDEN v. CLARK. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 98–11. MICHIGAN v. BAILEY. Ct. App. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 98–22. OHIO v. TENACE. Ct. App. Ohio, Lucas County. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.